UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

BRYAN WAYNE THOMAS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

No. 5:24-CV-108-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Commissioner of Social Security's decision be affirmed. Dkt. No. 20. No objections were filed, and the plaintiff has taken no action in this case since September 30, 2024. *See* Dkt. No. 19.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The Commissioner's decision is AFFIRMED. The plaintiff's claims are dismissed with prejudice, and the Clerk of Court is ordered to close this case.

So ordered on December 30, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE